NO. PD-0179-15

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

JOSE GONZALES III,
        Petitioner,

v.

THE STATE OF TEXAS,
        Appellee.

*Granted - page extra 8/5/15 Barbara Hervey*

FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 5 2015

Abel Acosta, Clerk

PETITIONER'S MOTION TO SUSPEND RULE T.R.A.P. 9.3,

RULE 9.4(i)(2)(D)

AND ALLOW FOR EXTENSION OF ONE (1) PAGE IN ACCORDANCE WITH (4).

Comes Now, Jose Gonzales III, hereinstyled Petitioner, files this motion to suspend the above-mentioned and entitled Rules. Petitioner is a layman in the law, and should not be held to the stringent requirements that Court Rules and procedures place upon licenced counsel. Petitioner's pleadings should be held librelly, and Court should grant said Motion Sue Sponte.

**PRAYER**

Petitioner prays for this relief and any the Court deems just and Necessary.

1.

MOTION CONT:

() GRANTED ()DENIED

_____
Judge Presiding

Signed this ___ of July, 2015.

Respectfully submitted,

By:_____

Mr. Jose Gonzales III

#1832029

Pro/se:

James V. Allred Unit

2101 FM 369 N.

Iowa Park, Texas 76367

2.